137844

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-CV-2725 **Case Title:** U.S. v. Article of Drug

**Affidavit of Movant**

I, James W. Brandt, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Douglas B. Farquhar an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the ~~( )plaintiff ( )defendant~~ Claimant Veterinary Pharmacy Corp. In the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License # 10844 Date: 6/11/01

**Affidavit of Proposed Admittee**

I, Douglas B. Farquhar, am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Douglas B. Farquhar
Type/Print Name

[signature]
Signature

Date

Attorney License Number: D.C. Bar #386573

Law Firm Name & Address: Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C. 20005

Telephone: (202) 737-5600

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 13 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 13 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________