# UNITED STATES DISTRICT COURT
District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: U.S. v. 10/25 kg drums, more or less, of an article of drug for veterinary use Case Number: 00-CV-2725 (DSD/JMM)(D.Minn.)

## PETITION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY
(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Sara Anjargolian, am currently a member in good standing of the bar of the United States District Court for the ______ District of California, but not admitted to the bar of this court. I will be representing United States & (Food & Drug Admin) (Government Agency) in the action listed above.

Signature: [signature]
State I.D.: CA Bar # 210461

Date: June 26, 2001
Govt Agency: Dept. of Justice
Suite/Building: 950 N
Street Address: 1331 Pennsylvania Ave.
P.O. Box #:
City State Zip: Washington, DC 20004
Telephone: (202) 514-3764
Fax: (202) 514-8742

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature: [signature]

Date: 6/26/01

Name: Henry I. Lattie
Title: Asst. Director, OCL/DOJ
U.S. Agency: U.S. Justice Dept.

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 27 2001
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED JUN 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______