# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: U.S. v. Among Others, 10/25 kg drums ... SULFADIAZINE SODIUM USP... Case Number: 00-CV-2725 DSD/JMM

## PETITION FOR ADMISSION PRO HAC VICE FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Barbara Stradling, am currently a member in good standing of the bar of the United States ~~District~~ Court for the Appeals for the District of Columbia, but not admitted to the bar of this court. I will be representing the Food and Drug Administration (Government Agency) in the action listed above.

Signature: [signature]
State I.D.: 440489

Date: 6/25/01
Govt Agency: Department of Justice
Suite/Building: Suite 950N
Street Address: 1331 Pennsylvania Ave, NW
P.O. Box #:
City State Zip: Washington DC 20004
Telephone: (202) [illegible] 616-2377
Fax: (202) 514-8742

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Signature: Henry I. Lattie

Date: 6/25/01

Name: Henry I. Lattie
Title: Asst. Director, OCL
U.S. Agency: U.S. Dept. of Justice

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

Date: JUN 27 2001

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED JUN 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______