IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Among others, 10/25 kg drums, more or less, of an article of drug for veterinary use, labeled in part:

(drum)

"*** SULFADIAZINE SODIUM USP XXIII ***
NET WT. 25 KG *** MADE IN CHINA ***
SULFADIAZINE SODIUM LONGWIND
LOT # *** VET RX LOT # *** ACCEPTED ***"

and all other articles of drug for veterinary use, including all active drug components in bulk containers, in-process materials, and finished products, in any dosage form, combination, strength lot number, type or size container, labeled or unlabeled, which articles were manufactured, or are used in the manufacture of finished dosage form drugs, by Veterinary Pharmacy Corporation, doing business as Vet Rx Pharmacy, 201 South Third Street, St. Peter, Minnesota, and which are determined to consist in whole or in part of components that originated outside the State of Minnesota,

Defendants.

Civil No. 00-CV-2725(DSD/JMM)

Stipulation and (~~Proposed~~) Order for Post-Seizure Examination of the Seized Articles

WHEREAS, on December 18, 2000, a Complaint for Forfeiture against the above-described articles was filed in this Court on behalf of the United States of America by B. Todd Jones, United States Attorney for the District of Minnesota, and Joan D. Humes, Assistant United States Attorney; and

FILED JUL 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the Complaint alleges that the defendant articles are adulterated and/or misbranded within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 et seq.; and

WHEREAS, pursuant to a Warrant for Arrest In Rem and Notice issued by this Court, the United States Marshal for this District seized the articles on December 22, 2000; and

WHEREAS, on January 9, 2001, Veterinary Pharmacy Corp., doing business as Vet Rx Pharmacy, Inc. ("VPC"), filed a Statement of Interest in the Seized Property stating that it is the sole owner of the seized articles; and

WHEREAS, on January 19, 2001, VPC filed an Answer to the Complaint; and

WHEREAS, the United States and VPC, by this submission, now jointly request that this Court permit the United States to examine, and, as it deems necessary, to take photographs, make photocopies, and use any other suitable means for duplication, of the labeling of each seized article; and

WHEREAS, the United States will provide VPC with copies of said photographs, photocopies, and other duplications, at VPC's expense;

IT IS HEREBY ORDERED that the United States is permitted to examine, and, as it deems necessary, to take photographs, make photocopies, and use any other suitable means for duplication, of the labeling of each seized article.

IT IS FURTHER ORDERED that the parties will select a mutually agreeable date(s) for the examination, photographing, photocopying, and other duplication of the labeling of the seized articles, which date(s) shall be selected to enable all examination, photographing,

photocopying, and other duplication to be completed no later than twenty one (21) calendar days from the date of entry of this Order.

IT IS FURTHER ORDERED that the United States will provide VPC with copies of said photographs, photocopies, and other duplications, at VPC's expense.

Dated: 6/22, 2001.

UNITED STATES MAGISTRATE JUDGE

We hereby consent to the entry of the foregoing Order:

FOR DEFENDANTS:

James W. Brandt
Brandt Law Office
219 W. Nassau, P.O. Box #57
St Peter, MN 56082
(507) 931-6940

Douglas B. Farquhar
Paul L. Ferrari
Hyman, Phelps, & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, DC 20005
(202) 737-5600

Attorneys for Veterinary Pharmacy Corp.

FOR PLAINTIFF:

Stuart E. Schiffer
Acting Assistant Attorney General
U.S. Department of Justice

Robert M. Small
United States Attorney

Joan D. Humes
Assistant United States Attorney
300 South 4th Street, Room 600
Minneapolis, MN 55415
(612) 664-5600

Barbara J. Stradling
Sara Anjargolian
Trial Attorneys
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 514-3764

Of Counsel:

Michael M. Landa
Acting Chief Counsel

Claudia J. Zuckerman
Assistant Chief Counsel
5600 Fishers Lane (GCF-1)
Rockville, MD 20857
(301) 827-7144

# Please forward this announcement to the recipient of this fax.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500