UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2725 DSD/JMM

UNITED STATES OF AMERICA,

Plaintiff,

v.

Among others, 10/25 kg drums, more or less, of an article of drug for veterinary use, labeled in part:

(drum)

"*** SULFADIAZINE SODIUM USP XXIII ***
NET WT. 25 KG *** MADE IN CHINA ***
SULFADIAZINE SODIUM LONGWIND
LOT # *** VET RX LOT # *** ACCEPTED ***"

and all other articles of drug for veterinary use, including all active drug components in bulk containers, in-process materials, and finished products, in any dosage form, combination, strength lot number, type or size container, labeled or unlabeled, which articles were manufactured, or are used in the manufacture of finished dosage form drugs, by Veterinary Pharmacy Corporation, doing business as Vet Rx Pharmacy, 201 South Third Street, St. Peter, Minnesota, and which are determined to consist in whole or in part of components that originated outside the State of Minnesota,

Defendants.

(~~Proposed~~)
Order Granting Plaintiff's Unopposed Motion for Leave to Amend its Complaint and to Join Additional Defendants

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Leave to Amend its Complaint and to Join Additional Defendants filed in this action, the memorandum of law in support thereof, and the entire record in this matter, it is ORDERED that the plaintiff's motion is hereby granted. Plaintiff's Amended Complaint is considered filed as of the date of entry of this Order.

Dated: August 1, 2001.

UNITED STATES MAGISTRATE JUDGE

FILED AUG 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________