# UNITED STATES DISTRICT COURT

District of Minnesota
Attorney Admissions Clerk, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

Case Title: U.S. v. Among others ... an article of drug for veterinary use, etc. Case Number: 00-2725 DSD/JMM

## PETITION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Claudia J. Zuckerman am currently a member in good standing of the bar of the United States District Court for the — District of Maryland, but not admitted to the bar of this court. I will be representing U.S. Food and Drug Administration (Government Agency) in the action listed above.

Claudia J Zuckerman 9/17/01
Signature Date

State I.D.: Md. 15134

Govt Agency: U.S. Food and Drug Administration
Suite/Building: GCF-1, Rm 5A-39
Street Address: 5600 Fishers Lane
P.O. Box #:
City State Zip Rockville MD 20857
Telephone: 301 827 3676
Fax: 301 827 7145

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

Annette Hatton 9-17-01
Signature Date

Name: Annette T. Hatton
Title: Management Advisor
U.S. Agency: Food + Drug Admin.

Motion Granted: Richard D. Sletten /lij SEP 24 2001
For the Court: Francis E. Dosal, Clerk Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK