IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ORIGINAL

UNITED STATES OF AMERICA,

Plaintiff,

v.

Among others, 10/25 kg drums, more or less, of an article of drug for veterinary use, labeled in part:

(drum)

"*** SULFADIAZINE SODIUM USP XXIII *** NET WT. 25 KG *** MADE IN CHINA *** SULFADIAZINE SODIUM LONGWIND LOT # *** VET RX LOT # *** ACCEPTED ***"

and all other articles of drug for veterinary use, including all active drug components in bulk containers, in-process materials, and finished products, in any dosage form, combination, strength lot number, type or size container, labeled or unlabeled, which articles were manufactured, or are used in the manufacture of finished dosage form drugs, by Veterinary Pharmacy Corporation, doing business as Vet Rx Pharmacy, 201 South Third Street, St. Peter, Minnesota, and which are determined to consist in whole or in part of components that originated outside the State of Minnesota,

Defendants-in-rem,

and

Veterinary Pharmacy Corp., dba Vet Rx Pharmacy, a corporation, and William A. Soderlund, Jr., and Michael Strobel, individuals,

Defendants.

Civil No. 00-CV-2725(DSD/JMM)

Stipulation and ([redacted]) Order for Release of Certain Seized Articles

WHEREAS, on December 18, 2000, a Complaint for Forfeiture against the above-described articles was filed in this Court on behalf of the United States of America; and

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

WHEREAS, the Complaint alleges that the defendant articles are adulterated and/or misbranded within the meaning of the Federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 et seq.; and

WHEREAS, pursuant to a Warrant for Arrest In Rem and Notice issued by this Court, the United States Marshal for this District seized the articles on December 22, 2000; and

WHEREAS, on January 9, 2001, Veterinary Pharmacy Corp., doing business as Vet Rx Pharmacy, Inc. ("VPC"), filed a Statement of Interest in the Seized Property stating that it is the sole owner of the seized articles; and

WHEREAS, certain articles seized are not articles that are the subject of the Complaint; and

WHEREAS, the United States and VPC, by this submission, now jointly request that this Court direct the United States Marshal to release from his custody the articles numbered 5, 6, 36, 100, 101, 102, 103, 104, 105, 111, 112, 113, and 114 on the attached copy of the sequentially numbered inventory of seized articles;

IT IS HEREBY ORDERED that the United States Marshal release from his custody the articles numbered 5, 6, 36, 100, 101, 102, 103, 104, 105, 111, 112, 113, and 114 on the attached copy of the sequentially numbered inventory of seized articles, and that such release is to be accomplished in the presence of a representative of the United States Food and Drug Administration.

IT IS FURTHER ORDERED that the United States Marshal make a return to this Court describing the action taken pursuant to this Order.

Dated: October 18, 2001.

[signature]
UNITED STATES MAGISTRATE JUDGE

We hereby consent to the entry of the foregoing Order:

FOR DEFENDANTS:

James W. Brandt / by PLF
James W. Brandt
Attorney Registration # 10844
Brandt Law Office
219 W. Nassau, Box 57
St Peter, MN 56082
(507) 931-6940

Paul L. Ferrari
Douglas B. Farquhar
Paul L. Ferrari
Hyman, Phelps, & McNamara, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, DC 20005
(202) 737-5600

Attorneys for Claimant and Defendant Veterinary Pharmacy Corp. and for Defendants William A. Soderlund, Jr., and Michael Strobel.

FOR PLAINTIFF:

Robert D. McCallum, Jr.
Assistant Attorney General
U.S. Department of Justice

Thomas B. Heffelfinger
United States Attorney

Joan D. Humes
Joan D. Humes
Assistant United States Attorney
Attorney Registration # 214462
300 S. Fourth Street
Suite 600
Minneapolis, MN 55415
(612) 664-5600

Joan D. Humes (for)
Sara Anjargolian
Trial Attorney
Office of Consumer Litigation
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044
(202) 514-3764

Of Counsel:

Daniel E. Troy
Chief Counsel

Claudia J. Zuckerman
Associate Chief Counsel
5600 Fishers Lane (GCF-1)
Rockville, MD 20857
(301) 827-7144

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | ACTIVES | | | | | |
|---|---|---|---|---|---|---|
| | **Product Name (Brand, Generic, Conc.)** | **Manufacturer (Name & Location)** | **Lot Number (Manufacturers & Vet Rx)** | **Size of Container** | **Quantity** | |
| 1 | Gentamicin Sulfate 674 mcg/mg | Medisca Inc., Plattsburgh, NY | FG0004023 | 5 kg B (1 kg B = 1.48 kg S) | 4 | 1 |
| 1 | Gentamicin Sulfate 674 mcg/mg | Medisca Inc., Plattsburgh, NY | FG0004023 | 1 kg B (1 kg B = 1.48 kg S) | 5 | 2 |
| 3 | Ampicillin Trihydrate USP24 | Long Wing International, Inc., Hinsdale, IL | 000532 | Sample | 1 | 3 |
| 5 | Iron Dextran | Long Wing International, Inc., Hinsdale, IL | No lot number | Best Guess - 4 oz. Amber bottle | 2 | 4 |
| 2 | Oxytetracycline | Vedco, Inc. St. Joseph, MO | 8111263 11/01 | 500 mL | 4 | 5 |
| 2 | TyloVed Injection 200 mcg/mL | Vedco, Inc. St. Joseph, MO | 040PT07 10-01 | 500 mL | 10 + partial (3/4 full) | 6 |
| 9 | Vitamin B Complex 2.5X Concentration | Vet Rx | VRVB112000VJ | 2000 mL | 10 | 7 |
| 9 | Vitamin E Admixture 100 units/mL | Vet Rx | VRVE112000VJ | 2000 mL | 2 | 8 |
| 9 | Gentamycin Sulfate 200 mg/activity mL | Vet Rx | VRGE082800WS | 1000 mL | 1 | 9 |
| 9 | Lincomycin For Injection 500 mg/mL | Vet Rx | VRLI071400WS | 1000 mL | 1 | 10 |
| 1 | Amoxicillin USP Non-Sterile Bulk | Teva PharmaceuticalInc., Mexico, MO | 5019771600 (not marketed with firm lot #, but per Jim Reker, VA120500) | 30 kg | 1 | 11 |
| 1 | Amoxicillin USP Non-Sterile Bulk Mfg. Date 11/17/00 | Teva PharmaceuticalInc., Mexico, MO | 5019771600 (not marked with firm lot #, but per Jim Reker, lot is VA120500) | 10 kg | 1 | 12 |
| 1 | Amoxicillin USP Non-Sterile Bulk | Teva PharmaceuticalInc., Mexico, MO | 5019771600 (not marked with firm lot #, but per Jim Reker, lot is VA120500) | 20 kg | 1 | 13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| (E) | Thiamine HCl | Hawkins Chemical, Inc., Mpls., MN | PH00032901A | 1 kg | Partial ½ full | 14 |
| (E) | Thiamine HCl | Hawkins Chemical, Inc., Mpls., MN | PH00032901A | 500 gm | 1 | 15 |
| (B) | Pyridoxine HCL, USP | Hawkins Chemical, Inc., Mpls., MN | PH00041201A | 1 kg | 3 + one partial (1/2 full) | 16 |
| (E) | Niacinamide, USP | Hawkins Chemical, Inc., Mpls., MN | PH00092402 | 1 kg | 1 | 17 |
| (E) | Niacinamide, USP | Hawkins Chemical, Inc., Mpls., MN | PH00051603 | 1 kg | 1 (almost empty) | 18 |
| (E) | Riboflavin 5' – Phosphate Sodium, USP | Spectrum Chemical, Gardena, CA | PQ0762 | 500 gm | ½ full | 19 |
| (4) | Ivermectin $B_1$ Crystal | North China Pharmaceutical( written on one container – other 2 containers written in Chinese – Attorney refused verification on C of A, but VJ verified mfg. To be the same) | I20000802 | 1.0 kg | 3 | 20 |
| (4) | Dexamethasone Sodium Phosphate, USP | Hawkins Chemical, Inc. Mpls., MN | PH99091602 | 100 gm | 1-partial bottle ≅ 70 gm | 21 |
| (4) | Trimethoprim Micronized, USP | Meridian Chemical & Equipment, Aravilla, TX | 98091105 | 1 kg | 2 bottles (1 full and partial ½ full) | 22 |
| (E) | DL – Vitamin E Acetate Oil, USP | Hawkins Chemical, Inc. Mpls., MN | PH00012601 | 100 gm Activity 1 IU/mg | 3 | 23 |
| (4) | Cephalexin, USP | Universal Chemical, St. Peter, MN | UC99072701 | 500 gm | 4 | 24 |
| (4) | Cephalexin, USP | Universal | UC99072702 | 100 gm | 2 (1 partial - | 25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Chemical, St. Peter, MN | | | ¼ full) | |
| 4 | Cephalexin, USP | Universal Chemical, St. Peter, MN | UC99072703 | 25 gm | 2 (1 partial – ¼ full) | 26 |
| 5 | Ampicillin Trihydrate USP, non-sterile | Teva Pharmaceutical, Inc. | 513934678T | 200 gm | ≅ 200 gm | 27 |
| 6 | Simethicone USP | Amend Drug & Chemical Co., Inc. | D67079M12 | 1 gallon | 2 | 28 |
| 5 | Levamisole HCl USP | Meridan Chemical & Group | 981706-02 | 1 kg | 2 bottles (1 bottle ½ full) | 29 |
| 8 | Iron Dextran | Long Wing International, Inc. China | GXCR-2000-10-28 | 25 kg | 2 | 30 |
| | | | | | | |
| | **Downstairs ACTIVES** | | | | | |
| 1 | Ampicillin Trihydrate USP 24 non-sterile | Made in China | 001144 | 20 kg | 1 | 31 |
| 1 | Ampicillin Trihydrate USP | Meridan Amarillo, TX | 99190101 | 400 gm | 50 packets | 32 |
| 1 | Ampicillin Trihydrate USP 24 | Long Wing International, Inc. – China | Batch #001144, Vet Rx #VRAMP120400 | 20 kg | 5 | 33 |
| 1 | Amoxicillin in cardboard paper drum sealed | Teva Pharmaceuticals Inc. | 5019715800, Control H | 95.5 pounds | 1 | 34 |
| 2 | Amoxicillin pure powder in yellow plastic garbage cans with lid | | 9F08226 | 35.26 kg + 41.33 kg | | 35 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| (2) — | Amoxicillin tablets | | | | 1 yellow garbage can with lid containing 22 cases of amoxicillin tablets | 36 |
| (1) — | Tylosin Tartrate | Spectrum New Brunswick, NJ | 0E2784 | 25 kg | 2 (1 full + 1 partial ≅ 15 kg) | 37 |
| (1) — | Erythromycin Ethyl Succinate | Abbott Health Products Bareeknetg, Puerto Rico | 49-103-CR | 25 kg | 1 partial ≅ 3kg | 38 |
| (1) — | Ketoprofen USP | Hawkins Chemical, Inc. Mpls., MN | PH00072004 | 5 kg | 5 | 39 |
| (1) — | Lincomycin HCl USP 23 | Suzhou No. 4 Pharmaceutical Factory – China | S904074 | | 1 partial ≅ 15 kg | 40 |
| (1) — | Cephalexin, USP | Teva Pharmaceuticals Inc., Mexico, MO | White label control #5109154200, Pink label batch #5019954200 | 10 kg | 1 | 41 |
| (1) — | Cephalexin USP | Teva Pharmaceuticals Inc., Mexico, MO | Vet Rx lot #VRCEPH121100, Teva lot #5019954200 | 40 kg | 6 | 42 |
| DESTROY - NOT USED | Trimethoprim USP | Long Wing International, Inc. – China | LW lot #200007179, Vet Rx lot #VRTRIM101300 | 25 kg | 5 + 1 partial ≅ 10 kg | 43 |
| (4) — | Progesterone USP | Hawkins Chemical, Inc. Mpls., MN | PH99100502-Y | ≅ 500 gm | 1 | 44 |
| (4) — | Progesterone USP | Hawkins Chemical, Inc. Mpls., MN | PH00011401-Y | 500 gm | 1 | 45 |
| (4) — | Chondroitin Sulfate Sodium | Hawkins Chemical, Inc. Mpls., MN | PH99012501 | | 1 partial ≅ 250 gm | 46 |
| (4) — | Acetyl-L-Carnitine, HCl | Hawkins Chemical, Inc. Mpls., MN | PH99061802 | 500 gm | 1 | 47 |
| | | | | | | |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Marked for Disposal by firm** | | | | | |
| 5 | Ampicillin Trihydrate USP grade | Hawkins Chemical, Inc. Mpls., MN | 3608P42 | | 1 partial ≅ 200 gm | 48 |
| 9 | Ivermectin 2.5% | Vet Rx finished product | VR98111701PS | 480 mL | 1 | 49 |
| 3 | Ketoprofen sample | Not marked | 835002 | | Partial white bottle ≅ 20 gm | 50 |
| 7 | Ketoprofen | Professional Compounding Centers of America, Inc. (PCCA) – Made in China | Made in China, lot 48267 | | 1 partial ≅ 250 gm | 51 |
| 3 | Ketoprofen | ChiRex Ltd. – England | R63535A | | 1 partial ≅ 15 gm | 52 |
| 4 | Ketoprofen USP | Hawkins Chemical, Inc. Mpls., MN | PH97091901 | | 1 ≅ 100 gm | 53 |
| 4 | Progesterone USP | Hawkins Chemical, Inc. Mpls., MN | | | | 54 |
| 3 | Tylosin Tartrate | Hawkins Chemical, Inc. Mpls., MN | 2526A56 | | ≅ 10 gm | 55 |
| 4 | Trimethoprim USP 23 | | 980869 | 2 tin containers | 1 full ≅ 500 gm and 1 partial ≅ 20 gm | 56 |
| | | | | | | |
| | **Marked for disposal by firm (returned from farm)** | | | | | |
| 9 | Iron 200/B Complex/ Amoxicillin IV Bags | Vet Rx finished product | Rx #108-635 | 2000 mL | 5 | 57 |
| 9 | Iron 200/AMP/B Complex (1 cc) IV Bags | Vet Rx finished product | Rx #108-662 | 1500 mL | 7 | 58 |
| | | | | | | |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | INTERMEDIATES | | | | | |
|---|---|---|---|---|---|---|
| | **Product Name (Brand, Generic, Conc.)** | **Manufacturer (Name & Location)** | **Lot Number (Manufacturers & Vet Rx)** | **Size of Container** | **Quantity** | |
| 9 | Suspension Vehicle Stainless Steel kettle with blue top | Vet Rx | VRSV121100VJ = (VJ checked quantities in clean room) | ≅ 8000 cc | 6 | 59 |
| 9 | Suspension Vehicle Stainless Steel kettle with blue-top | Vet Rx | VRSV121900WS = (VJ checked quantities in clean room) | ≅ 8000 cc | 16 | 60 |
| 9 | Iron Dextran 20% Stainless Steel kettle with blue top | Vet Rx | ID20-10H-1061 = (VJ checked quantities in clean room) | ≅ 9000 cc | 17 | 61 |
| 9 | Iron Dextran 10% Stainless Steel kettle with blue top | Vet Rx | ID10-05H-1025 R = (VJ checked quantities in clean room) | ≅ 9000 cc | 2 | 62 |

| | FINISHED PRODUCT | | | | | |
|---|---|---|---|---|---|---|
| | **Product Name (Brand, Generic, Conc.)** | **Manufacturer (Name & Location)** | **Lot Number (Manufacturers & Vet Rx)** | **Size of Container** | **Quantity** | |
| 9 | Cephalexin 20 gm | Vet Rx | VC020I070C1B | 20 gm powder packet | 13 | 63 |
| 9 | Cephalexin 20 gm | Vet Rx | VC020F260A1 | 20 gm powder packet | 1 | 64 |
| 9 | Cephalexin 20 gm | Vet Rx | VC020K020E1C | 20 gm powder packet | 71 | 65 |
| 9 | Cephalexin 30 gm | Vet Rx | VC030E260A1 | 30 gm powder packet | 1 | 66 |
| 9 | Cephalexin 30 gm | Vet Rx | VC030E180A1 | 30 gm powder packet | 30 | 67 |
| 9 | Cephalexin 30 gm | Vet Rx | VC030I070C1A | 30 gm powder packet | 449 | 68 |
| 9 | Cephalexin 60 gm | Vet Rx | VC060K020E1A | 60 gm powder packet | 325 | 69 |
| 9 | Cephalexin 75 gm | Vet Rx | VC075I07C1B | 75 gm powder packet | 62 | 70 |
| 9 | Cephalexin 100 gm | Vet Rx | VC100K020E1C | 100 gm powder packet | 35 | 71 |
| 9 | Cephalexin 180 gm | Vet Rx | VC180K010E1B | 180 gm powder packet | 4 | 72 |
| 9 | Cephalexin 180 | Vet Rx | VC180L210F1A | 180 gm powder | 103 | 73 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | |
|---|---|---|---|---|---|
| gm | | | packet | | |
| | | | | | |
| Amoxicillin 20 gm | Vet Rx | VA020L140F1A | 20 gm powder packet | 112 | 74 |
| Amoxicillin 20 gm | Vet Rx | VA020K090E1A | 20 gm powder packet | 9 | 75 |
| Amoxicillin 20 gm | Vet Rx | VA020J090D1A | 20 gm powder packet | 50 | 76 |
| Amoxicillin 30 gm | Vet Rx | VA030K080E1A | 30 gm powder packet | 9 | 77 |
| Amoxicillin 30 gm | Vet Rx | VA030J170D1A | 30 gm powder packet | 10 | 78 |
| Amoxicillin 32 gm | Vet Rx | VA032K200F1A | 32 gm powder packet | 6 | 79 |
| Amoxicillin 32 gm | Vet Rx | VA032L140F1B | 32 gm powder packet | 11 | 80 |
| Amoxicillin 37.5 gm | Vet Rx | VA037I120C1A | 37.5 gm powder packet | 1 | 81 |
| Amoxicillin 37.5 gm | Vet Rx | VA037I070F1B | 37.5 gm powder packet | 8 | 82 |
| Amoxicillin 37.5 gm | Vet Rx | VA037L190F1A | 37.5 gm powder packet | 603 | 83 |
| Amoxicillin 60 gm | Vet Rx | VA060L070F1A | 60 gm powder packet | 19 | 84 |
| Amoxicillin 60 gm | Vet Rx | VA060L150F1B | 60 gm powder packet | 25 | 85 |
| Amoxicillin 60 gm | Vet Rx | VA060L150F1B | 60 gm powder packet | 277 | 86 |
| Amoxicillin 60 gm | Vet Rx | VA060K200E1B | 60 gm powder packet | 37 | 87 |
| Amoxicillin 75 gm | Vet Rx | VA075L140F1A | 75 gm powder packet | 4 | 88 |
| Amoxicillin 75 gm | Vet Rx | VA075K080E1A | 75 gm powder packet | 15 | 89 |
| Amoxicillin 100 gm | Vet Rx | VA100J090D1A | 100 gm powder packet | 2 | 90 |
| Amoxicillin 100 gm | Vet Rx | VA100J170D1B | 100 gm powder packet | 4 | 91 |
| Amoxicillin 100 gm | Vet Rx | VA100L140F1A | 100 gm powder packet | 3 | 92 |
| Amoxicillin 100 gm | Vet Rx | VA100K200E1B | 100 gm powder packet | 40 | 93 |
| Amoxicillin 125 gm | Vet Rx | VA125I30C1A | 125 gm powder packet | 3 | 94 |
| Amoxicillin 150 gm | Vet Rx | VA150L080F1A | 150 gm powder packet | 10 | 95 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| (9) | Amoxicillin 187 gm | Vet Rx | VA187L080F1C | 187.5 gm powder packet | 60 | 96 |
| (9) | Amoxicillin 187 gm | Vet Rx | VA187K210F1C | 187.5 gm powder packet | 5 | 97 |
| (9) | Amoxicillin 300 gm | Vet Rx | VA300L130F1A | 300 gm powder packet | 2 | 98 |
| (9) | Amoxicillin 300 gm | Vet Rx | VA300L080F1B | 300 gm powder packet | 9 | 99 |
| | | | | | | |
| (2) | Trimox Capsules 500 mg | Apothecon – A Bristol-Myers Squibb Company Princeton, NJ | 9F08226 / Exp. Date APR 30. 2002 | 500 mg | 46 cases (6 bottles X 500 capsules each per case) = 138,000 capsules | 100 |
| (2) | Trimox Capsules 500 mg | Apothecon – A Bristol-Myers Squibb Company. Princeton. NJ | 9F08226 | 500 mg | 220 cases (6 bottles X 500 capsules each per case) = 660.000 capsules | 101 |
| (2) | Trimox Capsules | | 9F08226 | 500 mg | 3 cardboard boxes each containing 7 boxes of 6 bottles of 500 capsules each | 102 |
| | | | | | | |
| (2) | Cephalexin Capsules, USP 500 mg | Apothecon – A Bristol-Myers Squibb Company, Princeton, NJ | 9J17045 | 500 mg | 330 cases (6 bottles X 500 capsules each) + 5 bottles = 1985 bottles or 992500 capsules | 103 |
| | | | | | | |
| (2) | Iron Dextran Sterile 100 | The Butler Company | 970271<br>980063 | 100 mL<br>100 mL | 15 bottles<br>8 bottles | 104 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| | mg/mL | Columbus, OH | | | | |
| 2 | Iron Dextran Sterile 100 mg/mL | The Butler Company Columbus, OH | 970271<br>980093<br>980063 | 12 (100 mL bottles) per box. 6 boxes per case | 6 cases (432)<br>2 cases (144)<br>1 case (72) | 105 |
| 9 | Ivermectin 0.5% Pour-On (Green) | Vet Rx | VRIM120500VJ | 4000 cc | 20 | 106 |
| 9 | Ivermectin 0.5% Pour-On (Pink) | Vet Rx | VRIM112700VJ | 4000 cc | 7 | 107 |
| 9 | Ivermectin 2% Oral Solution | Vet Rx | VRIV2%031400MM | 250 mL (150 mL remaining) | 1 | 108 |
| 9 | Ivermectin 2% Oral Solution | Vet Rx | VRIV061200WS | 1 gallon (a little less than ½ gallon remaining) | 1 | 109 |
| 7 | Gentamicin/ Ampicillin Eye Spray | Vet Rx | VRGAES092500VJ | 16 fl.oz. (per Anne – no amount listed on label) | 6 | 110 |
| 2 | Oxytocin Injection 20 units/mL | Phoenix Scientific, Inc. St. Joseph, MO | 8030206 | 100 mL | 2 bottles in a partial box plus 2 full boxes of 12 each = 24 bottles. | 111 |
| 2 | Oxytocin Injection 20 units/mL | Phoenix Scientific, Inc. St. Joseph, MO | 9010096 | 100 mL | 2 full boxes of 12 bottles/box =•24 bottles | 112 |
| 2 | Sulfadimethoxine Powder Packet | Sanofi Animal Health, Overland Park, KS | 200747 | Each packet contains 3.34 oz (94.6 gm) sulfadimethoxine | 1 packet 107 gm and 1 partial ≡ 50 gm | 113 |
| 2 | TyloVed Injection 200 mg/mL Tylosin Base | Vedco, Inc. St. Joseph, MO | 040PT07<br>030PT04-1 | 500 mL<br>500 mL | 60 bottles<br>60 bottles | 114 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | RETAIN SAMPLES IN MICRO AREA | | | | | |
|---|---|---|---|---|---|---|
| 3 | 20% Iron | | ID20-05H-1565 (09/15/00) | ≅ 120 mL | 3 | 115 |
| 3 | 20% Iron | | 083000 | ≅ 120 mL | 3 | 116 |
| 3 | 20% Iron | | 092700VJ | ≅ 120 mL | 2 | 117 |
| 3 | Iron Dextran Sterile | | 101900 | ≅ 120 mL<br>≅ 250 mL | 1<br>2 | 118 |
| 3 | Sulfadiazine Sodium | | LW644388<br>VRSULF091800B | ≅ 50 gm<br>≅ 25 gm | 1<br>1 | 119 |
| 3 | Trimethoprim | | 200007179<br>VRTRIM092500 | ≅ 25 gm | 1 | 120 |
| 3 | Trimethoprim foil pouch | | LH96-0134 | ≅ 200 gm | 1 | 121 |
| 3 | Trimethoprim | | 200007179<br>VRTRIM092500 | ≅ 50 gm<br>≅ 25 gm | 3<br>3 | 122 |
| 3 | Vitamin B | Vet Rx finish product | VRVB100200VJ | ≅ 100 mL | 1 | 123 |
| 3 | Gentamicin Sulfate 200 mg/mL | Vet Rx finish product | VRGE082800WS | ≅ 120 mL | 4 | 124 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST110900EG<br>Exp. Date 10/01 | ≅ 400 mL | 1 | 125 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST111000EG<br>Exp. Date 10/01 | ≅ 400 mL | 1 | 126 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST110300EG<br>Exp. Date 10/01 | ≅ 275 mL | 1 | 127 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST103100EGB<br>Exp. Date 09/01 | ≅ 200 mL | 1 | 128 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST110600EG<br>Exp. Date 10/01 | ≅ 300 mL | 1 | 129 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST110800EG<br>Exp. Date 10/01 | ≅ 300 mL | 1 | 130 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST103000EG<br>Exp. Date 09/01 | ≅ 200 mL | 1 | 131 |
| 3 | Sulfadiazine-Trimethoprim | Vet Rx finish product | VRST110700EG<br>Exp. Date 10/01 | | 1 | 132 |
| 3 | Vitamin B Complex 2.5X Concentration | Vet Rx finish product | VRVB062600VJ<br>Exp. Date 06/01 | ≅ 1000 mL | 1 | 133 |
| 3 | Vitamin B Complex 2.5X Concentration | Vet Rx finish product | VRVB090500VJ<br>Exp. Date 09/01 | ≅ 750 mL | 1 | 134 |
| 3 | Vitamin B Complex 2.5X | Vet Rx finish product | VRVB100200VJ<br>Exp. Date 03/01 | ≅ 750 mL | 1 | 135 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| | Concentration | | | | | |
| 3 | Vitamin B Complex 2.5X Concentration | Vet Rx finish product | VRVB072400EG Exp. Date 07/01 | ≅ 800 mL | 1 | 136 |
| | | | | | | |
| | **RETAIN SAMPLES** | | | | | |
| 3 | Cephalexin | Vet Rx | Various lots and strengths | Powder Packet (36) and (66), and (2) clear plastic containers with white top | 104 | 137 |
| 3 | Dexamethasone Sodium Phosphate 8 mg/mL | Vet Rx | VR03199901 | | ≅ 40 mL | 138 |
| 3 | Estradiol 2.5 mg/mL | Unlabeled – 11/18/99 | | | ≅ 10 mL in glass injection bottle | 139 |
| 3 | Ketoprofen USP 100 gm | Hawkins Chemical, Inc. Mpls., MN | PH97091901 | | 1 partial ≅ 50 gm | 140 |
| 3 | Lincomycin HCl 250 mg/mL | Vet Rx finished product | No lot number | | 500 mL | 141 |
| 3 | Lincomycin HCl 500 mg/mL | Vet Rx finished products | VRL080999WS<br>VRL092299WS<br>VR03249901<br>VRL07099WS<br>VRL101399WS<br>VRL070599WS<br>VRL092999WS<br>VR03249901<br>VR03249901 | ≅ 85 mL<br>≅ 50 mL<br>≅ 450 mL<br>≅ 50 mL<br>≅ 50 mL<br>≅ 100 mL<br>≅ 250 mL<br>≅ 950 mL<br>≅ 500 mL | 1<br>1<br>2<br>1<br>1<br>1<br>1<br>1<br>1 | 142 |
| 3 | Selenium 100 mg/mL admixture | Vet Rx | VRSE051099WS | | 250 mL sterile | 143 |
| 3 | Sulfadiazine 40% - Trimethoprim 10% | Vet Rx finished product | VRX9499WS040 | | ≅ 60 mL in a 100 mL plastic injection bottle | 144 |
| 3 | Sulfadiazine 10% - Trimethoprim 25% | Vet Rx finished product | VRSU0902099WS | | ≅ 200 mL | 145 |
| 3 | Sulfadiazine | Manufacture retains | Various lots | Powder Packet (4) and (2) clear | 6 | 146 |

Veterinary Pharmacy Corp. dba
Vet Rx Pharmacy, 201 S. 3rd Street
St. Peter, MN 56082 FEI: 3002726048
06/26-27/01 RWJ/KMJ/GWS/KEZ
Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | plastic containers with white top | | |
| 3 | Trimethoprim | Manufacture retains – Long Wing | VRTRIM092500 and | Powder Packet | 2 | 147 |
| 3 | Vitamin E 50% Powder | Made in China | V 51049 | | 1 partial ≅ 400 gm | 148 |
| 3 | Vitamin E 68 IU /mL and Selenium 5 mg/mL | Vet Rx finished product | VR032599SE | | ≅ 200 mL | 149 |
| 3 | Iron Dextran 20% | Manufacturer retains | Various lots | Liquid in clear plastic containers with white top | 3 | 150 |
| 3 | Lincomycin 500 mg/mL | Manufacturer | VRLI071400WS | Liquid in clear plastic containers with white top | 1 | 151 |
| 3 | Vitamin E | Manufacturer | VRVE071800WS | Liquid in clear plastic containers with white top | 1 | 152 |
| 3 | Ketoprofen | Manufacturer | R63538A | Powder in clear plastic containers with white top | 3 | 153 |
| 3 | Vitamin B Complex 2.5X Concentration | Manufacturer | Various lots | 2000 mL plus liquid in clear plastic containers (various sizes) with white top | 11 | 154 |
| 3 | Amoxicillin | Vet Rx | Various lots and strengths | Powder Packet | 152 | 155 |

Note: Some of the powder packets are missing "complete" lot numbers. Some are not legible or missing part of the lot number.

If Hawkins Chemical Inc., Mpls., MN is listed under the manufacturer, then this means that the product was labeled as being packaged by or distributed by Hawkins Chemical.

Sharon K. Thoma
Investigator
Minneapolis District

Kristy E. Zuroski
Investigator
Minneapolis District

Gregory W. Smith
Investigator
Minneapolis District

HFR-CE850:skt:12/28/00