IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Among others, 10/25 kg drums, more or less, of an article of drug for veterinary use, labeled in part:<br><br>(drum)<br><br>"*** SULFADIAZINE SODIUM USP XXIII *** NET WT. 25 KG *** MADE IN CHINA *** SULFADIAZINE SODIUM LONGWIND LOT # *** VET RX LOT # *** ACCEPTED ***"<br><br>and all other articles of drug for veterinary use, including all active drug components in bulk containers, in-process materials, and finished products, in any dosage form, combination, strength lot number, type or size container, labeled or unlabeled, which articles were manufactured, or are used in the manufacture of finished dosage form drugs, by Veterinary Pharmacy Corporation, doing business as Vet Rx Pharmacy, 201 South Third Street, St. Peter, Minnesota, and which are determined to consist in whole or in part of components that originated outside the State of Minnesota,<br><br>Defendants - in rem<br><br>and<br><br>VETERINARY PHARMACY CORP., dba VET RX PHARMACY, a Corporation, and WILLIAM A. SODERLUND, JR. and MICHAEL STROBEL, Individuals,<br><br>Defendants. | Civil No. 00-CV-2725(DSD/JMM)<br><br>~~(Proposed)~~ Order for Amendment of Pretrial Scheduling Order |

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHEREAS, on November 19, 2001, the parties filed a Joint Motion to Amend the Pretrial Scheduling Order; and

WHEREAS, the Court finds that such motion and supporting declaration by Plaintiff's attorney establish good cause and otherwise meet the requirements of Local Rule 16.3; and

WHEREAS, the requested extension will not affect the date by which this case will be ready for trial;

IT IS HEREBY ORDERED, that the deadline for non-expert discovery is extended from December 14, 2001, to January 11, 2002; the deadline for filing initial expert reports is extended from January 7, 2002, to February 4, 2002; the deadline for filing rebuttal expert reports is extended from February 18, 2002, to March 18, 2002; the discovery cut-off date is extended from April 1, 2002, to April 29, 2002; the date by which non-dispositive motions are to be filed is extended from April 5, 2002, to May 3, 2002; and that the date by which dispositive motions are to be filed is extended from June 1, 2002 to June 17, 2002.

Dated: November 2[illegible], 2001

UNITED STATES MAGISTRATE JUDGE