#138760

RECEIVED
BY MAIL

DEC 03 2001

CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: Civil No. 00-CV-2725 DSD/JMM Case Title: U.S.of America v. among others, 10/25 kg drums, more or less of an article of drug for verterinary use

Affidavit of Movant

I, James W. Brandt ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac John R. Fleder , an attorney admitted to practice in the District of Columbia ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Veterinary Pharmacy Corp. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 10844 | 11/29/01 |

Affidavit of Proposed Admittee

I, John R. Fleder , am currently a member in good standing of the U.S. District Court for District of Columbia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| John R. Fleder | [signature] | 11/28/01 |

Attorney License Number: 176123
Law Firm Name & Address: Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202-737-4580

Motion Granted: [signature] DEC 03 2001
For the Court: Richard D. Sletten, Clerk — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED DEC 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK